UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jonathan Aaron Ford

Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

~~CR   ( )( )~~

21 MAG 6846

Defendant __Jonathan Aaron Ford__ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or ___ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jonathan Aaron Ford
Print Defendant's Name

_____
Defendant's Counsel's Signature

Peter Katz
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___8/13/21___
Date

_____
U.S. District Judge/U.S. Magistrate Judge